**EXHIBIT B**

https://nypost.com/2020/07/23/rental-truck-gets-stuck-under-fdr-drive-overpass/

